IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00585-RPM

ANTONIA ELENA LEYBA,

    Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal [Doc. 14], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED:  April 12, 2016

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge